UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20304-CR-UNGARO

UNITED STATES OF AMERICA,

v.

ALEXEI GOMEZ, *et al.*,

    Defendants.
_____/

### ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon the Defendant's First Particularized Motion to Suppress Evidence and Brief in Support. (D.E. 37.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Edwin G. Torres, who, on July 22, 2011, held an evidentiary hearing on the Motion. On August 12, 2011, the Magistrate Judge issued a Report setting forth his findings of fact and conclusions of law and recommending that the Motion be denied. (D.E. 46.)

The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, no objections were filed. After conducting a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 46) is RATIFIED, ADOPTED, AND AFFIRMED: Defendant's First Particularized Motion to Suppress Evidence (D.E. 37) is DENIED.

DONE and ORDERED in Chambers, at Miami, Florida this 29th day of August, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT COURT

copies provided:
Counsel of record